# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

TROY FARLEY,

      Plaintiff,

vs.                                                                                                           No. 20-cv-00019-KWR-GBW

SOCIAL SECURITY ADMINISTRATION,
*Andrew M. Saul, Commissioner of*
*Social Security Administration*,

      Defendant.

## **JUDGMENT**

      Pursuant to the Order entered concurrently herewith, the Court enters judgment under Fed. R. Civ. P. 58, **DENYING** Plaintiff's Motion to Remand (*doc. 17*) and **AFFIRMING** the decision of the Commissioner of the Social Security Administration.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE